## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

ARTHUR SHERMAINE
BUSSEY,

     Plaintiff,

v.

ANGELA PHAMS,

     Defendant.

CIVIL ACTION FILE

NO. 3:24-cv-102-TCB

## O R D E R

This case comes before the Court on Plaintiff Arthur Shermaine Bussey's motion [20] to dismiss indictment, filed on April 14, 2025. This case was dismissed on July 29, 2024, pursuant to the Court's adoption of Chief Magistrate Judge Russell G. Vineyard's Final Report and Recommendation [2].

Accordingly, Bussey's motion [20] is DENIED as moot.

IT IS SO ORDERED this 9th day of May, 2025.

Timothy C. Batten, Sr.
Chief United States District Judge